```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 14078
    LISA M GENTILE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2934

-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 04/08/2004 and was confirmed 06/28/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  16.00%.

      The case was paid in full 10/24/2007.
-----------------------------------------------------------------------------
 CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
-----------------------------------------------------------------------------
 LITTON LOAN SERVICING    CURRENT MORTG         .00          .00          .00
 WASHINGTON MUTUAL HOME L NOTICE ONLY     NOT FILED          .00          .00
 LITTON LOAN SERVICING    MORTGAGE ARRE   23860.02          .00     23860.02
 WASHINGTON MUTUAL HOME L NOTICE ONLY     NOT FILED          .00          .00
 BROTHER LOAN & FINANCE   UNSECURED        1056.71          .00       169.07
 SHERMAN ACQUISITION LLC  UNSECURED        2391.44          .00       382.63
 SIR FINANCE              UNSECURED        1156.00          .00       184.96
 NEAL FELD                DEBTOR ATTY      2,198.00                 2,198.00
 TOM VAUGHN               TRUSTEE                                   1,861.46
 DEBTOR REFUND            REFUND                                      207.35

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
 TRUSTEE              28,863.49

 PRIORITY                                           .00
 SECURED                                      23,860.02
 UNSECURED                                        736.66
 ADMINISTRATIVE                                 2,198.00
 TRUSTEE COMPENSATION                           1,861.46
 DEBTOR REFUND                                    207.35
                       --------------          --------------
 TOTALS               28,863.49                28,863.49




                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 14078 LISA M GENTILE
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE